UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRETT HECKMANN
    *Plaintiff,*

v.  C.A. No. 1:19-cv-00472-JJM-PAS

BRENDAN MCDONALD,
JASON DIGRADO,
GARY MCDOLE AND
CHRISTOPHER KELLY,
Individually and in their official
Capacities as police officers of the
Town of Smithfield, Rhode Island
    *Defendants.*

## JOINT DISCOVERY STIPULATION

By agreement of the parties, Defendants, Brendan McDonald, Jason Digrado, Gary McDole and Christopher Kelly, individually and in their official capacities as police officers of the Town of Smithfield, Rhode Island, and Plaintiff, Brett Heckmann shall have up to and including March 23, 2020 within which to serve objections and answers to Interrogatories and responses to Requests for Document Production.

AGREED AND ASSENTED TO:

| | |
|---|---|
| Defendants,<br>By Their Attorney, | Plaintiff,<br>By His Attorney, |
| */s/ Marc DeSisto*<br>Marc DeSisto, Esq.  (#2757)<br>DeSisto Law LLC<br>60 Ship Street<br>Providence, RI 02903<br>(401) 272-4442<br>marc@desistolaw.com | */s/ Thomas G. Briody*<br>Thomas G. Briody, Esq. (#4427)<br>Law Office of Thomas G. Briody<br>91 Friendship Street<br>Providence, RI 02903<br>(401) 751-5151<br>tbriodylaw@aol.com |

*Heckmann v. Smithfield*
*C.A. No. 1:19-cv-00472-JJM-PAS*

## CERTIFICATION OF SERVICE

I hereby certify, that on this 10th day of February 2020 I electronically served this document through the electronic filing system upon the following parties:

> Thomas G. Briody, Esq. (#4427)
> Tbriodylaw@aol.com

The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

                                                              */s/ Marc DeSisto*