UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRETT HECKMANN
    *Plaintiff,*

v.                                                                                              C.A. No. 1:19-cv-00472-JJM-PAS

BRENDAN MCDONALD,
JASON DIGRADO,
GARY MCDOLE AND
CHRISTOPHER KELLY,
Individually and in their official
Capacities as police officers of the
Town of Smithfield, Rhode Island
    *Defendants.*

## **DISCOVERY STIPULATION**

By agreement of the parties, Defendants, Brendan McDonald, Jason Digrado, Gary McDole and Christopher Kelly, individually and in their official capacities as police officers of the Town of Smithfield, Rhode Island, shall have up to and including May 12th, 2020 within which to serve objections and answers to Plaintiff, Brett Heckmann's Interrogatories and Requests for Document Production.

AGREED AND ASSENTED TO:

| Defendants, | Plaintiff, |
|---|---|
| By Their Attorney, | By His Attorney, |
| | |
| */s/ Marc DeSisto* | */s/ Thomas G. Briody* |
| Marc DeSisto, Esq.  (#2757) | Thomas G. Briody, Esq. (#4427) |
| DeSisto Law LLC | Law Office of Thomas G. Briody |
| 60 Ship Street | 91 Friendship Street |
| Providence, RI 02903 | Providence, RI 02903 |
| (401) 272-4442 | (401) 751-5151 |
| marc@desistolaw.com | tbriodylaw@aol.com |

*Heckmann v. Smithfield*
*C.A. No. 1:19-cv-00472-JJM-PAS*

## CERTIFICATION OF SERVICE

I hereby certify, that on this 29th day of April 2020, I electronically served this document through the electronic filing system upon the following parties:

> Thomas G. Briody, Esq. (#4427)
> Tbriodylaw@aol.com

The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

                                                     */s/ Marc DeSisto*