IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

BRETT HECKMANN, Plaintiff

     vs.                                    CA No. 1-19-00472 JJM-PAS

BRENDAN MCDONALD,
JASON DIGRADO,
GARY MCDOLE AND
CHRISTOPHER KELLY,
Individually, and in their official
capacities as police officers of the
Town of Smithfield, Rhode Island

## ENTRY OF APPEARANCE

Neil P. Philbin (R.I. Bar #2767) enters his appearance as co-counsel for Plaintiff Brett Heckmann.

                                                  /s/ Neil Philbin
                                                  Neil P. Philbin #2767
                                                  1058 Kingstown Road, P. O. Box 3727
                                                  Peace Dale, R.I. 02883
                                                  (401) 782 1190; fax: (401) 782 1240
                                                  *nphilbin5305@yahoo.com*

## **CERTIFICATE OF SERVICE**

I, Neil P. Philbin, hereby certify that on this 20th day of October, 2020, a true and correct copy of the foregoing was caused to be electronically filed with the United States District Court for the District of Rhode Island via the Court's Electronic Case Filing System (ECF) and that this document is available thereon for viewing and downloading.

2

I also hereby certify that this document was electronically served by the Court upon the following parties:

Michael A. DeSisto, Esq.
Karen Corcoran, Esq.
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
michael@desistolaw.com
karen@desistolaw.com

Thomas G. Briody, Esq.
Law Office of Thomas G. Briody
Shakespeare Hall
128 Dorrance Street
Suite 550
Providence, RI 02903
tbriodylaw@aol.com

/s/ Neil P. Philbin