<u>**UNITED STATES DISTRICT COURT**</u>
<u>**DISTRICT OF RHODE ISLAND**</u>

| | |
|---|---|
| BRETT HECKMANN<br>    *Plaintiff,*<br><br>v.<br><br>BRENDAN MCDONALD,<br>JASON DIGRADO,<br>GARY MCDOLE AND<br>CHRISTOPHER KELLY,<br>Individually and in their official<br>Capacities as police officers of the<br>Town of Smithfield, Rhode Island<br>    *Defendants.* | C.A. No. 1:19-cv-00472-JJM-PAS |

<u>**DISMISSAL STIPULATION**</u>

This matter is dismissed with prejudice, each party to bear their own costs and attorney's fees.

Plaintiff,
By his attorney,
*/s/ Thomas G. Briody*
Thomas G. Briody, Esq. (#4427)
Law Office of Thomas G. Briody, Esq.
91 Friendship Street
Providence, RI 02903
401-751-5151
tbriodylaw@aol.com

Plaintiff,
By his attorney,
*/s/* Neil P. Philbin
Neil P. Philbin, Esq. (#2767)
1058 Kingstown Road, P.O. Box 3727
Peace Dale, RI 02883
401-782-1190
nphilbin5305@yahoo.com

Dated: May 17th, 2021

Defendants,
By their attorneys,
*/s/Marc DeSisto*
*/s/ Karen K. Corcoran*
Marc DeSisto, Esq. (#2757)
Karen K. Corcoran, Esq. (#6877)
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
401-272-4442
marc@desistolaw.com

Dated: May 17th, 2021